UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Criminal H-14-387 |
| | § | |
| Luisa Vargas, | § | |
| | § | |
| Defendant. | § | |

## Court's Finding of Guilt

1.   The court acquits Luisa Vargas of count one and two of the superceding criminal indictment.

2.   The court finds Luisa Vargas guilty of count three and four of the superceding criminal indictment.

Signed on June 19, 2015, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge